# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **REGINALD NELSON, #204697,**<br>   Plaintiff, | : :  : | |
| v. | : : | CIVIL ACTION 1:17-00257-KD-B |
| **A. MADISON,** *et al.,*<br>   Defendants. | : : : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 31, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that: 1) Plaintiff's claims against Defendant Madison and Defendant Lett are **DISMISSED** as duplicative of his claims in CV 16-00476-WS-MU; and 2) Plaintiff's remaining claims against Defendant Warden Stewart are **CONSOLIDATED** with his earlier filed action.

**DONE** and **ORDERED** this the **25**th day of **September 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**